United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 23-12553-amc
Brooke Taylor Bruzzese   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jul 03, 2024 | Form ID: 205 | Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brooke Taylor Bruzzese, 2943 S Smedley St, Philadelphia, PA 19145-4825 |
| 14810280 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14810271 | | Email/Text: megan.harper@phila.gov | Jul 04 2024 00:42:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14810270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2024 00:39:02 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14810272 | | Email/Text: bankruptcy@philapark.org | Jul 04 2024 00:42:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14810273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 04 2024 00:41:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14810276 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 04 2024 00:39:41 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14810274 | + | Email/Text: mrdiscen@discover.com | Jul 04 2024 00:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14810275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 04 2024 00:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14810277 | | Email/Text: fesbank@attorneygeneral.gov | Jul 04 2024 00:41:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14810278 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 04 2024 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14810279 | ^ | MEBN | Jul 04 2024 00:00:31 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14810281 | + | Email/Text: bankruptcy@philapark.org | Jul 04 2024 00:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14810282 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 04 2024 01:02:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14810283 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 04 2024 00:42:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14810284 | ^ | MEBN | Jul 04 2024 00:00:21 | U.S. Department of Justice, 950 Pennsylvania Ave |

Case 23-12553-amc    Doc 21    Filed 07/05/24    Entered 07/06/24 00:34:29    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: 205 | Total Noticed: 17 |

| 14810285 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 04 2024 00:39:10 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

NW, Washington, DC 20530-0009

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Brooke Taylor Bruzzese help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Brooke Taylor Bruzzese                                                  Case No: 23−12553−amc

    Debtor(s)

---

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason indicated below:

☒ The Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ The Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 7/3/24

For The Court

Timothy B. McGrath
Clerk of Court

Form 205